IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JENNIFER M. EDWARDS                                                                                       PLAINTIFF

V.                                             NO.  5:10cv00196 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                 DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 11) in which to file her appeal brief.  The motion is granted.  Plaintiff is granted to and including November 26, 2010, in which to file her brief.

IT IS SO ORDERED this 21st day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE