IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JENNIFER M. EDWARDS                                                                    PLAINTIFF

V.                              NO. 5:10-cv-00196 JWC

MICHAEL J. ASTRUE,                                                                     DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 26 DAY OF September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE